# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-9307-GW-PDx | Date | September 20, 2023 |
|---|---|---|---|
| Title | *Lili Diane Thomas v. Maserati North America, Inc.* | | |

Present: The Honorable      GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on September 19, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for December 21, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 19, 2023.

Initials of Preparer    JG